No. 801. HERNÁNDEZ *v.* MARTÍNEZ.—Appeal from the District Court of Mayagüez. Motion to dismiss appeal on the ground that the transcript of the record had not been sent up. Decided January 22, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911. *Mr. Victor P. Martínez* for appellant. The adverse party did not appear.

No. 800. ALVAREZ *v.* ARTAU.—Appeal from the District Court of Arecibo. Motion to dismiss appeal on the ground that the transcript of the record had not been sent up. Decided January 22, 1912. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911. *Mr. Santiago B. Palmer* for appellant. *Mr. Eugenio Benítez Castaño* for respondent.

No. 403. THE PEOPLE *v.* BAUTISTA.—Appeal from the District Court of Aguadilla. Decided January 26, 1912. Judgment affirmed. The appellant did not appear. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 398. THE PEOPLE *v.* JULIÁN.—Appeal from the District Court of Guayama. Decided January 22, 1912. Judgment affirmed. The appellant did not appear. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 804. MORENO ET AL. *v.* MARTÍNEZ ET AL.—Appeal from the District Court of Humacao. Motion to dismiss appeal on the ground that the transcript of the record had not been sent up. Decided January 29, 1912. Appeal dismissed for failure to comply with section 299 of the Code of Civil Procedure as amended by Act of March 9, 1911. *Mr. Manuel Tous Soto* for appellants. *Mr. Enrique López Díaz* for respondents.